IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                         4:96CR00233-05-WRW

**KEITH V. DUNBAR**

## ORDER

Pending is Defendant's *pro se* Motion for Early Termination of Supervised Release (Doc. No. 1323). Neither the Prosecution nor the United States Probation Office object to Defendant's request. Defendant's Motion is GRANTED. Defendant's term of supervised release is terminated as of the date of this Order.

IT IS SO ORDERED this 23rd day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE